1  DAVID C. KURTZ (SBN 330527)
   dkurtz@constangy.com
2  JONATHAN D. PERSKY (*pro hac vice*)
   jpersky@constangy.com
3  NATHAN K. NORIMOTO (SBN 334835)
   nnorimoto@constangy.com
4  **CONSTANGY, BROOKS, SMITH & PROPHETE LLP**
   601 Montgomery Street, Suite 350
5  San Francisco, CA  94111
   Telephone: (415) 918-3000
6  Facsimile: (415) 918-3001

7  Attorneys for Defendant
   STOLI GROUP (USA), LLC
8

9  **UNITED STATES DISTRICT COURT**

10  **NORTHERN DISTRICT OF CALIFORNIA**

11

12  ERIC CARFAGNINI                              Case No. 3:21-cv-03812-SK

13              Plaintiff,                       [*Removed from San Francisco County Superior
                                                 Court*, Case No. CGC-21-590619]
14       v.

15  STOLI GROUP (USA), LLC; and DOES 1           **DECLARATION OF NATHAN K.
    through 5, inclusive,                        NORIMOTO IN SUPPORT OF [PROPOSED]
16                                               STIPULATED PROTECTIVE ORDER**

17              Defendants,                      *[Filed concurrently with [Proposed] Stipulated
                                                 Protective Order]*
18

19

20

21

22

23

24

25

26

27

28

---

N. NORIMOTO DECL. ISO                                        Case No. 3:21-cv-03812-SK
STIPULATED PROTECTIVE ORDER

1     I, Nathan K. Norimoto, declare as follows:

2         1.     I am an attorney licensed to practice law in the State of California and admitted to

3   appear before this Court. I am an attorney employed with the law firm of Constangy, Brooks, Smith

4   & Prophete LLP, attorney of record for Defendant Stoli Group (USA), LLC ("Stoli").

5         2.     The proposed protective order filed herewith is identical to the model "Stipulated

6   Protective Order for Standard Litigation" on the U.S. District Court, Northern District of California's

7   website, except for the addition of case-identifying information.

8         I declare under penalty of perjury under the laws of the State of California that the foregoing

9   is true and correct.

10

11        Executed on December 9, 2021 in San Francisco, California.

12

13                                    By: _____

14                                         Nathan K. Norimoto
                                           Attorney for Defendant
15                                         STOLI GROUP (USA), LLC

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-

N. NORIMOTO DECL. ISO                                          Case No. 3:21-cv-03812-SK
STIPULATED PROTECTIVE ORDER