UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CARFAGNINI,<br><br>        Plaintiff,<br><br>    v.<br><br>STOLI GROUP (USA), LLC,<br><br>        Defendant. | Case No. 21-cv-03812-SK<br><br>**CONDITIONAL DISMISSAL**<br><br>Regarding Docket No. 48 |

The parties advise the Court that they have reached a settlement of this case and that Plaintiff expects to file a dismissal with prejudice within thirty days. (Dkt. No. 48.) All parties have consented to the jurisdiction of a magistrate judge pursuant to 28 U.S.C. § 636. (Dkt. Nos. 13, 15.) Therefore, **IT IS HEREBY ORDERED** that this cause of action is dismissed **without** prejudice; provided, however that if any party hereto shall certify to this Court, within thirty days, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial. If no certification is filed, after passage of thirty days, the dismissal shall be **with** prejudice.

    **IT IS SO ORDERED**.

Dated: July 29, 2022

_____
SALLIE KIM
United States Magistrate Judge